[Nos. 56698-9-I; 56699-7-I.   Division One.   March 26, 2007.]

THE CITY OF SEATTLE, *Appellant*, v. RUD OKESON ET AL., *Respondents*.

THE CITY OF SEATTLE, *Appellant*, v. ARTHUR T. LANE ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, Nos. 02-2-05774-8 and 05-2-07351-9, Sharon S. Armstrong, J., entered May 21, 2004 and July 19, 2005. *Remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Grosse, JJ.

[Nos. 33651-1-II; 33801-7-II.   Division Two.   March 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD WHITFIELD KIRTLAND, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LANE FRANKS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 03-1-01962-5, Ronald E. Culpepper, J., entered August 5, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 33951-0-II.   Division Two.   March 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE KNOKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00390-8, F. Mark McCauley and David E. Foscue, JJ., entered September 26, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.